# EXHIBIT 18

From: **Sukhdeep Bhogal** <sukhdeep.bhogal@tingogroup.com>
Date: Thu, Jun 17, 2021 at 7:31 PM
Subject: Fwd: Advice
To: Sukhdeep Bhogal <gmail@sukhdeepbhogal.in>

Sent from my iPhone

Begin forwarded message:

**From:** Dozy Mmobuosi <dozy.mmobuosi@tingomobile.co.uk>
**Date:** 17 June 2021 at 19:29:14 IST
**To:** Sukhdeep Bhogal <sukhdeep.bhogal@tingogroup.com>
**Subject: Re: Advice**

You cannot put your legal team in copy here Sukh. The first thing will be to tender your resignation, then I will get our gen

Get Outlook for Android

---

**From:** Sukhdeep Bhogal <sukhdeep.bhogal@tingogroup.com>
**Sent:** Thursday, June 17, 2021 2:50:08 PM
**To:** Dozy Mmobuosi <dozy.mmobuosi@tingomobile.co.uk>
**Cc:** Anuj <a.bedi@abilegal.com>; Sukhdeep Bhogal <gmail@sukhdeepbhogal.in>
**Subject:** Re: Advice

Hey Dozy,

I wrote a followup only because you said that in your previous email that the General Counsel will reach out to me & no o

I hope you understand that I've never been in a similar situation before & I feel its just about time when I need some profe

I'm introducing you to my Legal team in this email & they'll further take this matter forward with you.

Anuj - Kindly take this forward with Dozy.

Cheers!!