# EXHIBIT B



# SECRETARY OF THE STATE OF CONNECTICUT

**APPLICATION FOR CERTIFICATE OF AUTHORITY**
FOREIGN CORPORATION

| | |
|---|---|
| **FILING PARTY** (CONFIRMATION WILL BE SENT TO THIS ADDRESS) | |
| **Name:** E. B. HARRINGTON & CO., INC. | |
| **Address:** 1 HARBPR POINT ROAD | FILING #0006776075 PG 1 OF 3 |
| SUITE 454 | VOL E-00062 PAGE 1312 |
| **City:** STAMFORD | FILED ON 02/18/2020 02:49 PM |
| **State:** CT     **Zip:** 06902 | SECRETARY OF THE STATE OF CONNECTICUT |
| **Country:** | |

**1. NAME OF CORPORATION IN ITS STATE OR COUNTRY OF FORMATION:**
TINGO INTERNATIONAL HOLDINGS, INC.

**2. THE CORPORATION'S NAME IS <u>NOT AVAILABLE</u> FOR USE IN CONNECTICUT. THE CORPORATION SHALL, THEREFORE, TRANSACT BUSINESS IN CONNECTICUT UNDER THE FOLLOWING NAME:**
*(COMPLETE ONLY IF THE NAME OF THE CORPORATION IS NOT AVAILABLE FOR USE IN CONNECTICUT)*

**3. CHECK EITHER A OR B:**
☒ A. THE CORPORATION IS ORGANIZED FOR PROFIT.         ☐ B. THE CORPORATION IS NONPROFIT.

**4. STATE/COUNTRY OF INCORPORATION:**
DELAWARE

**5. DATE OF INCORPORATION:**
01/10/2020

**6. DURATION:** *(CHECK ONE)*
☒ PERPETUAL         ☐ OTHER         (SPECIFY)

**7. DATE CORPORATION BEGAN TRANSACTING BUSINESS/CONDUCTING AFFAIRS IN CONNECTICUT:** (MM/DD/YYYY)
02/17/2020

| **8. NAICS CODE** | **NAICS SUB CODE** |
|---|---|
| 55 (Management of Companies and Enterprises) | 551112 (Offices of Other Holding Companies) |

| **9. PRINCIPAL OFFICE ADDRESS OF THE CORPORATION:** | **10. MAILING ADDRESS OF THE CORPORATION:** |
|---|---|
| **Address:** 1 HARBOR POINT ROAD | **Address:** 1 HARBOR POINT ROAD |
| SUITE 454 | SUITE 454 |
| **City:** STAMFORD | **City:** STAMFORD |
| **State:** CT     **Zip:** 06902 | **State:** CT     **Zip:** 06902 |
| **Country:** USA | **Country:** USA |

```
FILING #0006776075 PG 2 OF 3
   VOL E-00062 PAGE 1313
FILED ON 02/18/2020 02:49 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

**11. OFFICERS**

**NAME / TITLE :** PETER BARKER / EXECUTIVE DIRECTOR

| **BUSINESS ADDRESS** | **RESIDENCE ADDRESS** |
|---|---|
| **Address:** 1 HARBOR POINT ROAD SUITE 454 | **Address:** 1 HARBOR POINT ROAD SUITE 454 |
| **City:** STAMFORD | **City:** STAMFORD |
| **State:** CT   **Zip:** 06902 | **State:** CT   **Zip:** 06902 |
| **Country:** USA | **Country:** USA |

**12. APPOINTMENT OF REGISTERED AGENT FOR SERVICE OF PROCESS:** *(CHECK A OR COMPLETE B)*

☒  **A.** THE CORPORATION APPOINTS THE SECRETARY OF THE STATE OF CONNECTICUT AND HIS SUCCESSORS IN OFFICE TO BE ITS AGENT UPON WHOM ANY PROCESS, IN ANY ACTION OR PROCEEDING AGAINST IT, MAY BE SERVED

☐  **B.** PRINT OR TYPE NAME OF AGENT

| **BUSINESS ADDRESS** *(P.O.BOX UNACCEPTABLE)* | **RESIDENCE ADDRESS** *(P.O.BOX UNACCEPTABLE)* |
|---|---|
| **Address:** NONE | **Address:** NONE |
| **City:** | **City:** |
| **State:**   **Zip:** | **State:**   **Zip:** |
| **Country:** | **Country:** |

**ACCEPTANCE OF APPOINTMENT:** [This document has been executed and filed electronically]
**(SIGNATURE OF AGENT)**

**13. CORPORATION EMAIL ADDRESS: REQUIRED.** (If none, must state "NONE".)
  PETER@EBHART.COM

**14. EXECUTION - REQUIRED:** (SUBJECT TO PENALTY OF FALSE STATEMENT) [This document has been executed and filed electronically]

  **Dated This** 18   **Day Of** February   , 2020

| **NAME OF SIGNATORY** (print/type) | **CAPACITY/TITLE OF SIGNATORY** (print name and title if applicable) | **SIGNATURE** (required) |
|---|---|---|
| PETER R BARKER | | PETER R BARKER |

FILING #0006796075  PG 3 OF 3
VOL  E-00062 PAGE 1314
FILED  02/18/2020 02:49 PM
SECRETARY OF THE STATE OF CONNECTICUT

# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TINGO INTERNATIONAL HOLDINGS, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-EIGHTH DAY OF JANUARY, A.D. 2020.

*Jeffrey W. Bullock, Secretary of State*

7797103  8300
SR# 20200511453

Authentication: 202270464
Date: 01-28-20

You may verify this certificate online at corp.delaware.gov/authver.shtml