# EXHIBIT D

Annual Report

165 CAPITOL AVENUE
P.O. BOX 150470
HARTFORD, CT 06115-0470

```
FILING #0007251564 PG 1 OF 3
     VOL A-00793 PAGE 1584
   FILED 03/23/2021 01:36 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

| | | |
|---|---|---|
| 1. | Name of Corporation: | TINGO INTERNATIONAL HOLDINGS, INC. |
| 2. | Business ID: | 1336742 |
| 3. | Report due in the month of: | February, 2021 |
| 4. | NAICS Code: | 551112 (Offices of Other Holding Companies) |
| | Changes: | |
| 5. | This Corporation is: | FOREIGN/STOCK |
| | Fee is: | $435.00 |
| | Corporate Name: | TINGO INTERNATIONAL HOLDINGS, INC. |
| | Mailing Address: | 1 HARBOR POINT ROAD<br>SUITE 454<br>STAMFORD,CT 06902 USA |
| | Changes: | 1 STAMFORD PLAZA<br>263 TRESSER BOULEVARD, 9TH FLOOR<br>STAMFORD,CT 06901 USA |
| 6. | Principal Office Address: | 1 HARBOR POINT ROAD<br>SUITE 454<br>STAMFORD,CT 06902 USA |
| | Changes: | 1 STAMFORD PLAZA<br>263 TRESSER BOULEVARD, 9TH FLOOR<br>STAMFORD,CT 06901 USA |
| 7. | Executive Office Address (Foreign Corps Only): | |
| | Changes: | |
| 8. | Principal Office in State of Formation (Foreign Corps Only): | |
| | Changes: | |

9. Attached hereto are the officers and directors of the corporation with their business and residence addresses.

```
            FILING #00007251564 PG 2 OF 3
                VOL A-00793 PAGE 1585
              FILED 03/23/2021 01:36 PM
          SECRETARY OF THE STATE OF CONNECTICUT
```

10. Agent Information

    Agent Type: SECRETARY OF THE STATE
    Agent Name: SECRETARY OF THE STATE OF CONNECTICUT
    Agent's Business Address: 165 CAPITOL AVENUE
    P.O. BOX 150470
    HARTFORD,CT 06115-0470

    Agent's Residence Address:

    Agent's Business Address Changes:

    Agent's Residence Address Changes:

    Name of person accepting appointment:
    Title:
    Signature Accepting Appointment:
    (if agent is a business also print name and title of person signing)

11. Date: 03/23/2021
12. Email Address: dozy.mmobuosi@tingomobile.co.uk
13. I hereby certify and state, under penalties of false statement, that all of the information set forth on this annual report is true. I hereby electronically sign this report.
    Print Capacity: CEO
    Signature of Authorizer: DOZY MMOBUOSI MMOBUOSI

Report Officers/Directors  
Business ID : 1336742

```
                                    FILING #00007251564 PG 3 OF 3
                                         VOL A-00793 PAGE 1586
                                        FILED 03/23/2021 01:36 PM
                                    SECRETARY OF THE STATE OF CONNECTICUT
```

1. Full Legal Name: ~~PETER BARKER~~  
   Title(s): ~~EXECUTIVE DIRECTOR~~  
   Residence Addr: ~~1 HARBOR POINT ROAD~~  
   ~~SUITE 454~~  
   ~~STAMFORD,CT 06902 USA~~  

   Business Addr: ~~1 HARBOR POINT ROAD~~  
   ~~SUITE 454~~  
   ~~STAMFORD,CT 06902 USA~~  

   Res Changes:  

   Bus Changes:  

2. Full Legal Name: DOZY MMOBUOSI  
   Title(s): CEO  
   Residence Addr:  

   Business Addr:  

   Res Changes: BRICKFIELDS, RADLETT, WD7 8BS  
   HERTFORDSHIRE GBR  

   Bus Changes: C/O TINGO INTERNATIONAL HOLDINGS, INC.  
   1 STAMFORD PLAZA  
   263 TRESSER BOULVARD, 9TH FLOOR  
   STAMFORD,CT 06901 USA  

3. Full Legal Name: MICHAEL PAIGE  
   Title(s): ATTORNEY  
   Residence Addr:  

   Business Addr:  

   Res Changes:  

   Bus Changes: 3508 LOWELL STREET NW  
   WASHINGTON,DC 20016 USA