# EXHIBIT K

Subject: Fwd: Update



---------- Forwarded message ---------
From: **Sukhdeep Bhogal** <sukhdeep.bhogal@tingogroup.com>
Date: Wed, Jun 2, 2021 at 4:20 PM
Subject: Fwd: Update
To: Sukhdeep Bhogal <gmail@sukhdeepbhogal.in>


Begin forwarded message:

**From:** Dozy Mmobuosi <dozy.mmobuosi@tingomobile.co.uk>
**Subject: Update**
**Date:** 2 June 2021 at 4:02:45 PM IST
**To:** Sukhdeep Bhogal <sukhdeep.bhogal@tingogroup.com>

Sukh,
Good morning. How are you today?
The feedback from Tingo Mobile PLC is that my proposal to have Tingo PLC pay TIH staff will not work. And clearly,Colm is unable to work under this situation. I will be getting TIH General Counsel involved so he creates an arrangement. There is no productivity in this kind of arrangement, we are not getting value from you and Rory because of this delayed payments situation. It is clear to me that there is no faith. We cannot spend more time talking about salaries instead of moving things fast.

Best wishes.

Get Outlook for Android

Subject: Fwd: Advice



**From:** Sukhdeep Bhogal <sukhdeep.bhogal@tingogroup.com>
**Date:** 17 June 2021 at 12:33:03 IST
**To:** Sukhdeep Bhogal <gmail@sukhdeepbhogal.in>
**Subject: Fwd: Advice**

> Begin forwarded message:
>
> **From:** Sukhdeep Bhogal <sukhdeep.bhogal@tingogroup.com>
> **Subject: Re: Advice**
> **Date:** 17 June 2021 at 12:32:47 PM IST
> **To:** "dozy.mmobuosi@tingomobile.co.uk" <dozy.mmobuosi@tingomobile.co.uk>
>
> Good Morning Dozy,
>
> Its been 2 weeks since this last email & no one has reached out.
> Do we have a time frame for this?
>
> It's been more than 4 months without salary & it is getting increasingly difficult to be patient with this matter.
>
> I hope you resolve this soon.
>
> Cheers!!
>
> Sukh
>
>> On 02-Jun-2021, at 5:01 PM, Dozy Mmobuosi <dozy.mmobuosi@tingomobile.co.uk> wrote:
>>
>> Our General Counsel will reach out shortly.
>> Kind regards
>>
>> Get Outlook for Android
>>
>> ---
>>
>> **From:** Sukhdeep Bhogal <sukhdeep.bhogal@tingogroup.com>
>> **Sent:** Wednesday, June 2, 2021 12:23:34 PM
>> **To:** Dozy Mmobuosi <dozy.mmobuosi@tingomobile.co.uk>
>> **Subject: Re: Advice**
>>
>> Hey Dozy,
>>
>> I hope you're doing fine. I've seen the earlier email which you shared some time back today with subject line "update" as well & responding to both the emails with this email.
>>
>> You're the boss. You're responsible for the company. I was hired to undertake specific task which I've fulfilled with utmost diligence & sincerity as I've performed in my previous organisations & achieved a lot of name for myself in global businesses. I believe this was one of the prime reasons why you approached me & offered me the job in the first place.
>>
>> And all this, provided the fact that I've not been paid as per the agreed terms.
>>
>> I'll go by as you suggest & do. I've no authority to take certain decisions, so I'll leave upto you.
>>
>> Please let me know.
>>
>> Cheers!!
>>
>> Sukh

Subject: confirmation on due payment


Sat, May 8, 2021, 7:04 AM

--------- Forwarded message ---------
From: **Sukhdeep Bhogal** <sukhdeep.bhogal@tingogroup.com>
Date: Fri, May 7, 2021 at 7:25 PM
Subject: Fwd: Sukh APA arrangement
To: Sukhdeep Bhogal <gmail@sukhdeepbhogal.in>


Begin forwarded message:

From: colm.patterson@tingogroup.com
**Subject: Re: Sukh APA arrangement**
**Date:** 21 April 2021 at 7:21:46 PM IST
**To:** Sukhdeep Bhogal <sukhdeep.bhogal@tingogroup.com>

Sukhs, thanks for this.

I discussed with Dozy earlier today - albeit I did not address the relocation allowance part - suggest we leave this out for now but include all of the others. So, it would be:

Signing on bonus          $30,000
Salary - Feb to April 2021   $42,500
Less: paid to date:       $ 9,975

Total:        $62,525

@ Naira - 410 =        N25,635,250

This is payable on 30 April 2021. Please let me know the Naira bank account for the transfer to be made.

Thanks and let me know if I have omitted anything. Regards

-------- Original Message --------
Subject: Sukh APA arrangement
Date: 2021-04-20 14:43
From: Sukhdeep Bhogal <sukhdeep.bhogal@tingogroup.com>
To: Colm Patterson <colm.patterson@tingogroup.com>

Dear Colm,

Reference our discussion, I need to confirm the total NGN value to APA for transfer along with the date. I need to fill the form for that. Kindly confirm if my total due till end of April USD 62525 will be payable to me as per below calculation:

Joining Bonus - USD 30000
Feb, March & April salary @ USD 14167/ month - USD 42500
USD 9975 has been paid to me in first week of April

The value in NGN @ conversion value of 410 will be 25635250. The date of transfer is 30th April.

As per my agreement, relocation fee of USD 15000 is also payable by 15th April but I'm willing to consider it for transfer only once my visa comes through.

Kindly confirm the Naira value & date so I can fill out the APA form.

Cheers!!

Sukh


On 14-Apr-2021, at 6:26 PM, colm.patterson@tingogroup.com wrote:
Sukhs, thanks and I will need the bank account details to send the funds to.
Regards
-------- Original Message --------